# UNITED STATES DISTRICT COURT
## for the
### District of Alaska

___Anchorage___ Division

RECEIVED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Tyler Hayes Mills #769149

Case No. 3:26-CV-00039-SLG
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The Superintendent
Director of Institutions
Sgt. Strawther

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Tyler Hayes Mills #769149
- All other names by which you have been known:
- ID Number: #769149
- Current Institution: Anchorage Correctional Complex East
- Address: 1400 East 4th Avenue
  - City: Anchorage
  - State: Ak
  - Zip Code: 99501

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Superintendent of Anchorage Correctional Complex East
- Job or Title *(if known)*: The Superintendent
- Shield Number: Unknown
- Employer: Anchorage Correctional Complex East
- Address: 1400 East 4th Avenue
  - City: Anchorage
  - State: Ak
  - Zip Code: 99501
- [✓] Individual capacity  [ ] Official capacity

**Defendant No. 2**
- Name:
- Job or Title *(if known)*:
- Shield Number:
- Employer: Anchorage Correctional Complex East
- Address: 1400 East 4th Avenue
  - City: Anchorage
  - State: Ak
  - Zip Code: 99501
- [✓] Individual capacity  [ ] Official capacity

Defendant No. 3
　Name
　Job or Title *(if known)*
　Shield Number
　Employer: Anchorage Correctional Complex East
　Address: 1400 East 4th Avenue
　　Anchorage　　Ak　　99501
　　*City*　　*State*　　*Zip Code*
　　☐ Individual capacity　☑ Official capacity

Defendant No. 4
　Name
　Job or Title *(if known)*
　Shield Number
　Employer: Anchorage Correctional Complex East
　Address: 1400 East 4th Avenue
　　Anchorage　　Ak　　99501
　　*City*　　*State*　　*Zip Code*
　　☐ Individual capacity　☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

　☐ Federal officials (a *Bivens* claim)

　☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
The State Actors are violating my right to due process by denying me Access to the courts a consistently working law library and an experienced and trained law librarian who understands the basic differences between the state and federal judicial systems see State of Alaska Policy and procedure 814.02

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

No



D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Superintendent acted under color of state law when he or she held me in custody under the guise of due process while denying be basic legal tools and materials necessary for the defense of the governments allegations. The Prison is overcrowded with the whole bottom teir full of people sleeping on the nasty floor on boats. The toilets constantly overflow and the smell of pee and poop makes you sick. We are constantly locked down for violations in other modules without due process.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
I was arrested



B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Anchorage Correctional Complex East



C. What date and approximate time did the events giving rise to your claim(s) occur?

On or about 09-9-25 - Present (1-12-26)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was arrested and housed without a working law library or trained law librarian who could help me use the digital law library and assist my lawyer in my defense. The Superintendent has not provided a experienced or trained replacement within a reasonable period of time, the Standards officer does not adequately respond to request for interviews to assist and grievances just result in harassment or harder time, being targeted and your life put in jeopardy.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
I suffer intentional and criminally negligent infliction of emotional distress and unnecessary pain. Its really nasty in jail. the blood bank will not even allow me to donate blood one year after my release because exposure is so high. The modules are only designed for 64 people but they stuff us like sardines 80 in a module. Sick and diseased people I'm constantly at risk of disease and men are on edge being so crowded. Some men get stepped on its bad.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Order a special magistrate to investigate the condition of the law libraries and why their is only one server for all the law libraries in Alaska. It is constantly slow broken or unavailable on weekends, holidays etc. etc. men are fighting for their lives and cannot even read about bail law and try to get out so they can afford a real attorney who appeals the denial of bail. Men do not know the basic difference between Federal and State jurisdiction or how to challenge the constitutionality of their confinement or conditions or retaliatory transfers and treatment. The law library only has 4 computers for 80 prisoners. It is constantly broken or slow like on 1/7/2026 or unavailable like on 1/1/2026 or you are taken 20 minutes late and returned 10 minutes early after it takes 30 minutes to get any kind of action from the digital law library with no help.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  [✓] Yes
  [ ] No

  If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

  _Anchorage Correctional Complex east_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

  [✓] Yes
  [✓] No
  [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

  [✓] Yes
  [✓] No
  [ ] Do not know

  If yes, which claim(s)?

  _access to the court due process, cruel and unusual punishment_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Fear of retaliation, 18 people died in DOC custody last year 2025 I do not want to be number 19

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NA

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

18 people died in Alaska's DOC facilities last year I do not want to be number 19. Let me remain anonymous

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
NOt applicable

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   n/a
   Defendant(s)   n/a

2. Court *(if federal court, name the district; if state court, name the county and State)*
   n/a

3. Docket or index number
   n/a

4. Name of Judge assigned to your case
   n/a

5. Approximate date of filing lawsuit
   n/a

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   n/a

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   No

☐ Yes

✔ No 

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   n/a
   Defendant(s)   n/a 

2. Court *(if federal court, name the district; if state court, name the county and State)*
   n/a 

3. Docket or index number
   n/a 

4. Name of Judge assigned to your case
   n/a

5. Approximate date of filing lawsuit
   n/a

6. Is the case still pending?
   ☐ Yes  
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   n/a 

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-12-26

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Tyler Mills
Prison Identification #: 769149
Prison Address: Anchorage Correctional Complex East 1400 E. 4th Ave.
City: Anchorage  State: Ak  Zip Code: 99501

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City:  State:  Zip Code:
Telephone Number:
E-mail Address:

Tyler Mills #769149
Anchorage Correctional Complex (East)
1400 E. 4th Ave
Anchorage, AK 99501

Clerk of Court
James M. Fitzgerald
U.S. Courthouse and Federal Building
222 West 7th Ave
Anchorage, AK 99513